IN THE DISTRICT COURT OF LINCOLN COUNTY
STATE OF OKLAHOMA

FILED
2009 JAN 21 PH 1:14
CINDY KIRBY CT. CLK.
LINCOLN CO., OKLA.

CRYSTAL DAWN ALBARRAN GIRON )
    Plaintiff, )
)
v. )  Case No: CJ-09-3?
)
RONALD HARPER )
    Defendant. )

## PETITION

Plaintiff sues Defendant for the following reasons:

1. On or about, December 24, 2008, Defendant negligently caused a motor vehicle collision with Plaintiff.

2. As a result, Plaintiff incurred harms and losses (damages) in excess of $10,000.

3. Plaintiff demands judgment in excess of $10,000.

RESPECTFULLY SUBMITTED

Carr & Carr Attorneys

by: _____
John A. Branum, OBA #20165
1350 S.W. 89th Street
Oklahoma City, OK 73159
(405) 445-5390 Phone
Attorneys for Plaintiff

Attorney's Lien Claimed


EXHIBIT "1"