IN THE DISTRICT COURT IN AND FOR LINCOLN COUNTY
STATE OF OKLAHOMA

FILED
MAY 26 PM 2:38
CINDY KIRBY CT. CLK.
LINCOLN CO., OKLA.

| | |
|---|---|
| CRYSTAL DAWN ALBARRAN-GIRON, | |
| Child A,   A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON | Case No. CJ-09-037<br><br>Judge Paul Vassar |
| Child B,   A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON | |
| Child C,   A MINOR CHILD, BY MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON | |
| AND | |
| JUAN ALBARRAN-GIRON, DECEASED, THROUGH SURVIVING WIDOW, CRYSTAL DAWN ALBARRAN-GIRON | |
| Plaintiffs, | |
| vs. | |
| RONALD HARPER, RICHARD LEE ALDRIDCH, CON-WAY TRUCKLOAD,INC. d/b/a CON-WAY TRUCKLOAD, CON-WAY, INC., ACE AMERICAN INSURANCE CO., and ACE LIMITED, | |
| Defendants. | |

## SUPPLEMENTAL ORDER REGARDING Child A

ON THIS __26__ day of __May__, 2009, certain sums having been recovered by the mother and guardian ad litem for and on behalf of a minor, including sums sufficient to pay costs and expenses, including medical bills and, where

1


EXHIBIT "6"

applicable, attorney fees, the Court orders in accordance with 12 O.S. § 83, that distribution of the settlement amount of $16,666.66 for Child A shall be as follows:

1. Medical Service Providers - $0;

2. Legal Fees and Court Costs- $7667.23;

3. Crystal Dawn Albarran-Giron, individually and as parent and next friend of Child A, a minor-$0;

4. Trust-$8999.43 to be deposited with Legacy Bank, a bank or savings and loan institution hereby approved by this Court to receive such deposit, and a savings account to be held at interest for the benefit of such minor and to be withdrawn only by the express order of this Court, executed and issued only by a Judge of this Court. Such withdrawal will be authorized by the presentation of a certified copy of such Order, which expressly directs the appropriate disposition of the funds, including the amount to be withdrawn and to whom it shall be paid. Said account shall be styled and administrated in accordance with the rules of the depository bank or savings and loan institution.

Upon reaching the age of 18, said funds shall automatically be released to the minor child for his benefit and further Order of the Court shall not be necessary. The minor child, Child A, turns 18 on October 12, 2022.

s/ Paul M. Vassar
JUDGE OF THE DISTRICT COURT

APPROVED AS TO FORM & CONTENT:

_____
**CRYSTAL DAWN ALBARRAN-GIRON**, individually
and as mother and guardian ad litem of Child A,
Child B and Child C , minors,
*Plaintiff*

_____
**JOHN L. BRANUM, OBA# 20165**
**CARR & CARR**
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
(405) 249-4215
(*Attorney for Plaintiffs*)

_____
**A. MARK SMILING, OBA# 10672**
Bradford Place, Suite 150
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
**(Attorney for Defendant Ronald Harper)**

I, Cindy Kirby, Court Clerk of Lincoln County Oklahoma hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record and on file in my office of Lincoln County, Okla. this ___ day of _____ 20___.
CINDY KIRBY, COURT CLERK
By _____ Deputy

3