IN THE DISTRICT COURT IN AND FOR LINCOLN COUNTY
STATE OF OKLAHOMA

FILED
MAY 26 PM 2:39
CINDY KIRBY CT. CLK.
LINCOLN CO., OKLA.

| | |
|---|---|
| CRYSTAL DAWN ALBARRAN-GIRON,<br><br>Child A, A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON<br><br>Child B, A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON<br><br>Child C, A MINOR CHILD, BY MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON<br><br>AND<br><br>JUAN ALBARRAN-GIRON, DECEASED, THROUGH SURVIVING WIDOW, CRYSTAL DAWN ALBARRAN-GIRON<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD HARPER, RICHARD LEE ALDRIDCH, CON-WAY TRUCKLOAD,INC. d/b/a CON-WAY TRUCKLOAD, CON-WAY, INC., ACE AMERICAN INSURANCE CO., and ACE LIMITED,<br><br>Defendants. | Case No. CJ-09-037<br><br>Judge Paul Vassar |

## STIPULATION OF DISMISSAL AS TO DEFENDANT RONALD HARPER

COME NOW the parties to this action, the Court having previously heard statement of counsel and testimony of witnesses sworn, and having approved the settlement agreement, and pursuant to the terms of said settlement agreement, do


EXHIBIT "8"

herein stipulate that the settlement has been satisfied and that the claims of the minors and adult plaintiff should be dismissed with prejudice to re-filing as to Defendant Harper.

WHEREFORE, the parties pray that this Honorable Court enter its order dismissing this matter with prejudice as to re-filing as to Defendant Harper.

Respectfully submitted,

_____
CRYSTAL DAWN ALBARRAN-GIRON, individually and as mother and guardian ad litem of Child A, Child B and Child C, minors,
*Plaintiff*

_____
JOHN L. BRANUM, OBA# 20165
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
(405) 249-4215
(Attorney for Plaintiff)

_____
A. MARK SMILING, OBA# 10672
Bradford Place, Suite 150
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
**(Attorney for Defendant Ronald Harper)**

I, Cindy Kirby, Court Clerk of Lincoln County Oklahoma hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record and on file in my office of Lincoln County, Okla. this ___ day of _____ 20___
CINDY KIRBY COURT CLERK
By _____ Deputy