IN THE DISTRICT COURT IN AND FOR LINCOLN COUNTY
STATE OF OKLAHOMA

FILED
2009 MAY 26 PM 2:34
CINDY KIRBY CT. CLK.
LINCOLN CO., OKLA.

CRYSTAL DAWN ALBARRAN-GIRON,

Child A, A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON

Child B, A MINOR CHILD, THROUGH MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON

Child C, A MINOR CHILD, BY MOTHER AND GUARDIAN AD LITEM, CRYSTAL DAWN ALBARRAN-GIRON

AND

JUAN ALBARRAN-GIRON, DECEASED, THROUGH SURVIVING WIDOW, CRYSTAL DAWN ALBARRAN-GIRON

Plaintiffs,

vs.

RONALD HARPER, RICHARD LEE ALDRIDCH, CON-WAY TRUCKLOAD, INC. d/b/a CON-WAY TRUCKLOAD, CON-WAY, INC., ACE AMERICAN INSURANCE CO., and ACE LIMITED,

Defendants.

Case No. CJ-09-037

Judge Paul Vassar

## ORDER OF DISMISSAL AS TO DEFENDANT RONALD HARPER

NOW on this 26 day of May, 2009, this matter coming on before me, the undersigned Judge of the District Court of Lincoln County, State of Oklahoma, and the

1


EXHIBIT "9"

Court having previously approved the settlement agreement between the parties hereto and having received the Stipulation of Dismissal, finds as follows:

That the parties to this matter have entered into a settlement agreement which has been fully satisfied and is binding upon each of the parties to this action. That pursuant to the terms of said settlement agreement, this action is now herein dismissed with prejudice as to the minors' and adults claims and that the claimants shall be forever barred from pursuing this matter further against the Defendant Harper.

EXCEPT THAT THE COURT SHALL RETAIN JURISDICTION FOR THE EXCLUSIVE PURPOSES OF ADMINISTERING AND, IF NECESSARY, DISTRIBUTING THE FUNDS AWARDED TO THE MINORS UNTIL THE DATE THE MINORS REACH THE AGE OF EIGHTEEN (18).

THIS CASE IS ONLY DISMISSED AS TO DEFENDANT RONALD HARPER.

*s/ Paul M. Vassar*
JUDGE OF THE DISTRICT COURT

APPROVED AS TO FORM & CONTENT:

*Crystal Albarran*
CRYSTAL DAWN ALBARRAN-GIRON, individually
and as mother and guardian ad litem of Child A,
Child B and Child C  minors,
*Plaintiff*

_____
JOHN L. BRANUM, OBA# 20165
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
(405) 249-4215
(*Attorney for Plaintiff*)

_____
A. MARK SMILING, OBA# 10672
Bradford Place, Suite 150
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
(Attorney for Defendant
Ronald Harper)

I, Cindy Kirby, Court Clerk of Lincoln County Oklahoma hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record and on file in my office of Lincoln County, Okla. this 26 day of May, 2009.

CINDY KIRBY COURT CLERK
By _____ Deputy