## RELEASE IN FULL OF ALL CLAIMS AND RIGHTS

For and in consideration of the sum of __16,666.67__ and __00/100 Dollars__ ($__16,666.67__) receipt of which is acknowledged, we release and forever discharge **Ronald Harper, Jr., Kim Hung, Clint Harper, Sabrina Harper, Farmers Insurance Company, Inc., and Smiling, Miller & Vaughn, P.A.**, their principals, agents and representatives from any and all rights, inclusive but not limited to negligence, negligence and intentional infliction of emotional distress, bodily injury, medical bills, wrongful death benefits, claims, demands and damages of any kind, known or unknown, existing or arising in the future, resulting from or related to any and all injury to __Child C__ arising from an accident that occurred on or about the 24th day of December 2008, at or near I-44, Mile Marker 159, Lincoln County, Oklahoma.

This Release shall not destroy or otherwise affect the rights of persons on whose behalf this payment is made, or persons who may claim to be damaged by reason of the incident other than the undersigned to pursue any legal remedies they may have against the undersigned or any other person, notwithstanding anything else contained herein, this release does not release any currently named defendant other than Ronald Harper.

We understand that this is a compromise settlement of all claims arising out of the incident referred to above, and there is no admission of liability. We understand that this is all the money or consideration we will receive from the above-described parties for any and all claims as a result of this incident.

**FURTHER**, we agree to *reimburse* and *indemnify* all released parties for any amounts which any insurance carriers, government entities, hospitals or other persons or organizations may recover from them in *reimbursement* for amounts paid to us on

EXHIBIT "10"

behalf of the minor as a result of this incident by way of *contribution, subrogation, indemnity, or otherwise.*

NOTE: FOR YOUR PROTECTION, OKLAHOMA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF FRAUD.

WE HAVE READ THIS RELEASE AND UNDERSTAND IT.

*Signed* this _26_ day of _May_ 2009.

_Crystal Albarran_
Crystal Dawn Albarran-Giron, individually, and as mother and guardian ad litem of Child C a minor

WITNESS:

John L. Branum
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
Attorney for Plaintiff