## RELEASE IN FULL OF ALL CLAIMS AND RIGHTS

For and in consideration of the sum of __1.00__ and 00/100 Dollars ($__1.00__) receipt of which is acknowledged, I release and forever discharge Ronald Harper, Jr., Kim Hung, Clint Harper, Sabrina Harper, Farmers Insurance Company, Inc., and Smiling, Miller & Vaughn, P.A., their principals, agents and representatives from any and all rights, claims, demands, medical bills, property damage and damages of any kind, known or unknown, existing or arising in the future, resulting from or related to personal injury arising from an accident that occurred on or about the 24th day of December 2008, at or near I-44, Mile Marker 159, Lincoln County, Oklahoma.

This Release shall not destroy or otherwise affect the rights of persons on whose behalf this payment is made, or persons who may claim to be damaged by reason of the accident other than the undersigned to pursue any legal remedies they may have against the undersigned or any other person, notwithstanding anything else contained herein, this release does not release any currently named defendant other than Ronald Harper.

I understand that this is a compromise settlement of all my claims arising out of the accident referred to above, and there is no admission of liability. I understand that this is all the money or consideration I will receive from the above-described parties for any and all of my claims as a result of this accident.

FURTHER, I agree to *reimburse* and *indemnify* all released parties for any amounts which any insurance carriers, government entities, hospitals or other persons or organizations may recover from them in *reimbursement* for amounts paid to me or on my behalf as a result of this accident by way of *contribution, subrogation, indemnity, or otherwise.*

EXHIBIT "13"

NOTE: FOR YOUR PROTECTION, OKLAHOMA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF FRAUD.

I HAVE READ THIS RELEASE AND UNDERSTAND IT.

Signed this _26_ day of _May_, 2009.

_Crystal Dawn Albarran Giron_
Crystal Dawn Albarran Giron, individually
Plaintiff

WITNESS:

_John L. Branum_
John L. Branum
1350 S.W. 89th Street
Oklahoma City, Oklahoma 73159
Attorney for Plaintiff