IN THE DISTRICT COURT OF LINCOLN COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| CRYSTAL DAWN ALBARRAN-GIRON )<br>)<br>Child A, a minor child, )<br>Through mother and guardian ad litem, )<br>Crystal Dawn Albarran-Giron )<br>)<br>Child B, a minor child, )<br>Through mother and Guardian Ad Litem, )<br>Crystal Dawn Albarran-Giron )<br>)<br>Child C, a minor child, by )<br>Mother and Guardian Ad Litem, Crystal )<br>Dawn Albarran-Giron )<br>)<br>JUAN ALBARRAN-GIRON, deceased, )<br>Through surviving widow, Crystal Dawn )<br>Albarran-Giron )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>RONALD HARPER, )<br>)<br>RICHARD LEE ALDRICH, )<br>)<br>CON-WAY TRUCKLOAD, INC., dba )<br>CON-WAY TRUCKLOAD, )<br>)<br>CON-WAY INC., )<br>)<br>ACE AMERICAN INSURANCE CO., )<br>)<br>ACE LIMITED. )<br>)<br>    Defendants. ) | Case No.: CJ-09-37 |

## DEFENDANTS CON-WAY TRUCKLOAD, INC. AND CON-WAY, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT


EXHIBIT "15"

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendants, Con-way Truckload, Inc. and Con-way, Inc., (collectively "Con-way")hereby give notice of the filing of Notice of Removal, removing this action from this Court to the United States District Court for the Western District of Oklahoma. A copy of Con-way's Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "A."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. See 28 U.S.C. § 1446(d).

Dated this _____ day of June, 2009.

Respectfully submitted,

DAN S. FOLLUO OBA #11303
RANDALL E. LONG OBA #22216
Rhodes, Hieronymus, Jones, Tucker, and Gable
P.O. Box 21100
Tulsa, OK 74121-1100
(918) 582-1173
(918) 592-3390 (facsimile)
Attorneys for Con-way Truckload, Inc. and Con-way, Inc.

### CERTIFICATE OF SERVICE

The undersigned certifies that on June _____, 2009, a true and correct copy of the foregoing instrument was sent via e-mail and placed in the U.S. mail, postage prepaid to:

John L. Branum, OBA #20165
1350 S.W. 89th Street
Oklahoma City, OK 73159
Attorney for Plaintiff

DAN S. FOLLUO / RANDALL E. LONG