# ON DEMAND COURT RECORDS

## CASE DETAIL

| County: | Lincoln - **County Last Updated: 06/24/2009 17:00** |
|---|---|
| Case: | CJ-09-00037 |
| | ALBARRAN-GIRON, CRYSTAL DAWN vs. HARPER, RONALD |
| Date Filed: | 01/21/2009 |
| Amount Owed: | $0.00 (as of 06/24/2009 17:00) |

## CAUSE

NEGLIGENCE

| Parties | |
|---|---|
| Defendant | ALDRIDCH, RICHARD LEE |
| Defendant | CON-WAY TRUCKLOAD, INC |
| Plaintiff | ALBARRAN-GIRON, CRYSTAL DAWN |
| Plaintiff | Child A, A MINOR |
| Plaintiff | Child B, A MINOR |
| Plaintiff | Child C, A MINOR |
| Plaintiff | ALBARRAN-GIRON, JUAN, DECEASED |
| Plntf Atty. | BRANUM, JOHN L - Oklahoma City OK |
| Defendant | ACE LIMITED |
| Defendant | HARPER, RONALD |
| Judge | VASSAR, PAUL M - CHANDLER OK |
| Defendant | ACE AMERICAN INSURANCE CO. |
| Defendant | CON-WAY INC. |
| Attorney | SMILING, A MARK - TULSA OK |

EXHIBIT "16"

| Case Entries | | |
|---|---|---|
| **Date:** | **Case Entries** | **Amount** |
| 01/21/2009 | FILE PETITION, AMENDED ON 5-19-09 | |
| | COSTS | $150.00 |
| | LAW LIBRARY | $6.00 |
| | DISPUTE MEDIATION | $2.00 |
| | CHILD ABUSE MULTIDISCIPLINARY ACCOUNT | $10.00 |
| | 10% of CAM | $1.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $25.00 |
| | LENGTHY TRIAL FUND | $10.00 |

|            |                                                                                  |         |
|------------|----------------------------------------------------------------------------------|---------|
|            | ATTORNEY GENERAL VICTIM SERVICES UNIT                                            | $3.00   |
|            | 10% OF AG VICTIM SERVICES FEE                                                    | $0.30   |
| 01/21/2009 | SUMMONS: ISSUED BACK TO ATTY                                                     | $5.00   |
| 02/12/2009 | SPECIAL APPEARANCE RESERVING ADDITIONAL TIME TO FURTHER PLEAD OR ANSWER: FILED   |         |
| 02/13/2009 | ENTRY OF APPEARANCE: FILED                                                       |         |
| 03/09/2009 | ANSWER OF DEFENDANT: FILED                                                       |         |
| 03/30/2009 | DEPOSITION SUBPOENA WITH AFFIDAVIT OF SERVICE ATTACHED: FILED                    |         |
| 04/03/2009 | SCHEDULING ORDER: FILED                                                          |         |
| 04/09/2009 | REQUEST FOR SCHEDULING CONFERENCE: FILED                                         |         |
| 04/29/2009 | SCHEDULING ORDER: FILED                                                          |         |
| 05/19/2009 | MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM OF Child A, Child B and Child C: FILED |       |
| 05/19/2009 | MOTION FOR PROTECTIVE ORDER: FILED                                               |         |
| 05/19/2009 | AMENDED PETION: FILED                                                            |         |
| 05/19/2009 | ORDER: FILED                                                                     |         |
| 05/20/2009 | AGREED ORDER: FILED                                                              |         |
| 05/26/2009 | COURT REPORTER FEE                                                               | $20.00  |
| 05/26/2009 | JOINT MOTION TO SETTLE THE CLAIMS OF MINORS: FILED                               |         |
| 05/26/2009 | SUPPLEMENTAL ORDER REGARDING Child C: FILED (2C)                                 |         |
| 05/26/2009 | ORDER APPROVING SETTLEMENT AGREEMENT WITH MINORS: FILED (2C)                     |         |
| 05/26/2009 | STIPULATION OF DISMISSAL AS TO DEFENDANT RONALD HARPER: FILED                    |         |
| 05/26/2009 | ORDER OF DISMISSAL AS TO DEFENDANT DONALD HARPER: FILED (2C)                     |         |
| 05/26/2009 | SUPPLEMENTAL ORDER REGARDING Child B FILED (2C)                                  |         |
| 05/26/2009 | SUPPLEMENTAL ORDER REGARDING Child A: FILED (2C)                                 |         |
| 05/26/2009 | STIPULATION OF DISMISSAL AS TO DEFENDANT RONALD HARPER: FILED (2C)               |         |
| 05/26/2009 | CM: JUDGE VASSAR PETITIONER PRESENT AND BY ATTORNEY JOHN BRANUM; DEFENDANT, HARPER PRESENT AND BY ATTORNEY MARK SMILING; RECORD BY TRISH WIBLE; PETITIONER SWORN; TESTIMONY INTRODUCED; CROSS EXAMINATION; RE-DIRECT EXAMINATION; SETTLEMENT ORDERED APPROVED AS TO DEFENDANT RONALD HARPER: |  |
| 05/27/2009 | SUMMONS ISSUED BACK TO ATTY (5)                                                  | $25.00  |
| 06/03/2009 | ENTRY OF APPEARANCE AS COUNSEL FOR CON-WAY TRUCKLOAD, INC. AND CON-WAY, INC. (RANDALL LONG): FILED |  |

| | | |
|---|---|---|
| 06/03/2009 | ENTRY OF APPEARANCE AS COUNSEL FOR CON-WAY TRUCKLOAD, | |
| | INC. AND CON-WAY, INC. (DAN S. FOLLUO): FILED | |
| 06/03/2009 | DEFENDANT'S SPECIAL RESERVATION OF ADDITIONAL TIME TO | |
| | ANSWER OR OTHERWISE PLEAD: FILED | |
| 06/04/2009 | ACKNOWLEDGMENT OF RECEIPT OF FUNDS: FILED | |
| 06/10/2009 | MOTION TO WITHDRAW: FILED | |
| 06/10/2009 | ORDER ALLOWING WITHDRAWAL: FILED | |
| 06/24/2009 | CM: JUDGE VASSAR | |
| | MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM AND | |
| | MOTION FOR PROTECTIVE ORDER STRICKEN TO BE RESET ON | |
| | APPLICATION: | |
| Total: | | $257.30 |

| Date: | Time: | Calendar Events: |
|---|---|---|
| 09/24/2009 | 9:30A | Date Action: PRE-TRIAL CONFERENCE |
| 10/05/2009 | 9:00A | Date Action: JURY TRIAL |
| 06/24/2009 | 9:30A | Date Action: MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM Completed : 06/24/2009 |
| 06/24/2009 | 9:30A | Date Action: MOTION FOR PROTECTIVE ORDER Completed : 06/24/2009 Code: X |
| 05/26/2009 | | Date Action: DISMISSED AS TO RONALD HARPER |

| Date: | Receipts: | Amount: |
|---|---|---|
| 01/21/2009 | 98-139520 CARR & CARR ATTORNEY'S AT LAW | $212.30 |
| 05/26/2009 | Receipt 98-143721 received of SMILING, A MARK | $20.00 |
| 05/27/2009 | Receipt 98-143754 received of CARR & CARR ATTORNEY'S AT LAW | $25.00 |
| Total: | | $257.30 |