# COURTROOM MINUTE SHEET

DATE   7-9-10

CIVIL NO.   CIV-09-675   -HE

Crystal Dawn Albarran-Giron, et al. -vs- Richard Lee Aldrich, et al.

COMMENCED  9:45   ENDED  10:15   TOTAL TIME  30 min.

PROCEEDINGS   Friendly suit hearing

JUDGE JOE HEATON       DEPUTY LORI GRAY       REPORTER JEANNE RING

PLF COUNSEL   John Branum, Esq.,

DFT COUNSEL   Randall Long, Esq.,

**ENTER**: Plaintiff Crystal Dawn Albarron-Giron appears in person with counsel.

The court seals the courtroom and directs the transcript of this proceeding held confidential unless otherwise directed by the court.

The court hears from plaintiffs' counsel a recitation of the terms of the proposed settlement. Defense counsel concurs with the recitation by plaintiffs' counsel. The court has a colloquy with plaintiff Crystal Dawn Albarron-Giron.

The court determines that the proposed settlement is reasonable, and the court approves same. The Joint Application to Settle Claims of Minor Children and to Approve Wrongful Death Settlement (doc. no. 47) is **GRANTED**. The court determines that the proposed allocation of fees and costs is not unreasonable. The court directs plaintiffs' counsel to find out if the state court judge has any objection to the funds involved in this case being added to the funds being held in the state court case so that all of the funds may be administered together in accordance with state court procedures.

The court directs counsel to submit a proposed order approving the settlement and incorporating language regarding adding the funds involved in this case to the funds being held in the state court case.