IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL DAWN ALBARRAN-GIRON, et al,<br><br>Plaintiffs<br><br>V.<br><br>RICHARD LEE ALDRICH, et al.<br><br>Defendants | Case No.: CIV-09-0675-HE |

## SUPPLEMENTAL ORDER

NOW on this  13  day of July, 2010, certain sums having been recovered on behalf of Child A, B and C in the above-referenced litigation, after deducting sums legally entitled to be deducted pursuant to Title 12 O.S. § 83 leaves an amount which is required to be placed in trust pursuant to the above-referenced statute. The Court finds that the money is to be placed with a financial institution to be held at interest for the benefit of the minor children pursuant to the terms of the Supplemental Order, entered on May 26, 2009, by Judge Paul M. Vassar, in *Albarran-Giron v. Harper*, Case No. CJ-2009-37, filed in the District Court for Lincoln County, State of Oklahoma.

IT IS SO ORDERED.

_____
THE HONORABLE JOE HEATON
JUDGE OF THE U.S. DISTRICT COURT

APPROVED AS TO FORM AND CONTENT:


/s/ John Branum
JOHN BRANUM
ATTORNEY FOR PLAINTIFFS


/s/ Randall E. Long
RANDALL E. LONG
ATTORNEYS FOR DEFENDANTS.